69 F.3d 1038
 95 Daily Journal D.A.R. 15,057
 INDEPENDENT GUARD ASSOCIATION OF NEVADA, LOCAL NO. 1,
Plaintiff-Appellant,
v.
Hazel O'LEARY,* Secretary of Energy of the
United States of America, on behalf of the United States
Department of Energy, an executive department of the United
States of America, Defendant-Appellee.
 No. 93-15769.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 13, 1995.
 
 1
 Before SCHROEDER and RYMER, Circuit Judges, and DWYER,** District Judge.
 
 ORDER
 
 2
 The opinion at 57 F.3d 766 (9th Cir.1995) is amended as follows:
 
 
 3
 Page 770, right hand column, second full sentence should be removed beginning "The record ... guards."
 
 
 4
 Insert the following new sentence after the first sentence in the last paragraph of the opinion:
 
 
 5
 "We express no opinion as to whether the military function exception may apply to personnel other than the contract guards who are parties to this litigation."
 
 
 6
 With these changes the petition for rehearing is DENIED.
 
 
 
 *
 Hazel O'Leary, the current Secretary of Energy, is substituted for former Secretary James D. Watkins. See Fed.R.App.Pro. 43(c)(1)
 
 
 **
 Honorable William L. Dwyer, United States District Judge for the Western District of Washington, sitting by designation